Paul Caleo, CASB# 153925
Anjuli M. Cargain, State Bar No. 270546
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        pcaleo@burnhambrown.com
              acargain@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA COOPER,<br><br>  Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>  Defendants. | Case No. 11-cv-01299-MCE -JFM<br><br>**STIPULATION AND ORDER OF DISMISAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

   Pursuant to the parties' stipulation, and in accordance with Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint filed herein is hereby dismissed with prejudice.  The Clerk of Court is directed to close the file.

   IT IS SO ORDERED.

Dated:  March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE